## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2771 |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIR. OF REGION 13 OF THE NLRB, FOR AND ON BEHALF OF NLRB    Petitioner<br>INDUSTRIAL HARD CHROME LTD., BAR TECH. LLC, FLUID POWER MANUF., A SINGLE EMPLOYER<br>                                    Respondent | FILED: MAY 14, 2008<br>08CV2771        TG<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD

| |
|---|
| NAME (Type or print)<br>Elizabeth S. Cortez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Elizabeth S. Cortez |
| FIRM<br>National Labor Relations Board, Region 13 |
| STREET ADDRESS<br>209 S. LaSalle Street, Suite 900 |
| CITY/STATE/ZIP<br>Chicago/IL/60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275833 | TELEPHONE NUMBER<br>312-353-4174 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐