UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>INDUSTRIAL HARD CHROME, BAR TECHNOLOGIES LLC, FLUID POWER MANUFACTURING, A SINGLE EMPLOYER<br><br>Respondent | Civil No. 08CV2771<br><br>Judge Gottschall<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 29, 2008 at 9:30 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Judge Joan B. Gottschall, or any other judge acting in his stead, in courtroom 2325 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Try Petition for Preliminary Injunction Under Section 10(j) of the National Labor Relations Act On Basis Of The Administrative Law Judge's Hearing Transcript and Exhibits, To File Petitioner's Memorandum Of Points And Authorities In Support Of Petition, To Correct Certificate of Service, And For Oral Argument.

Dated at Chicago, Illinois, this 19th day of May, 2008.

/s/ Elizabeth S. Cortez, filed electronically
Elizabeth S. Cortez
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-4174

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Notice of Motion, have, this 19th day of May, 2008, been served in the manner indicated upon the following parties of record:

Certified Mail

Industrial Hard Chrome LTD., Bar Technologies LLC,
Fluid Power Manufacturing, A Single Employer
501 Fluid Power Drive
Geneva, IL 60134
Attn: Mr. Fred Parker


Wessels & Pautsch, P.C.
33 W. Monroe, Suite 1120
Chicago, IL 60603
Attn: Walter J. Liszka, Esq.
      Christina Lopez-Nutzman, Esq.


United Steel, Paper & Forestry, Rubber, Manufacturing,
  Energy, Allied Industrial & Service Workers International
  Union AFL-CIO-CLC
1301 Texas Street, Room 200
Gary, IN 46402
Attn: Anthony Alfano, Esq.


/s/ Elizabeth S. Cortez, filed electronically
Elizabeth S. Cortez
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-4174