# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 08 cv 2771

Joseph Barker, Regional Director of Region 13 of the National
Labor Relations Board
v.
Industrial Hard Chrome, Ltd., Bar Technologies, LLC, Fluid
Power Manufacturing, A Single Employer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INDUSTRIAL HARD CHROME, LTD., BAR TECHNOLOGIES LLC, FLUID POWER
MANUFACTURING, A SINGLE EMPLOYER

| |
|---|
| NAME (Type or print)<br>Frederick D. Payne |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Frederick D. Payne |
| FIRM<br>Wessels Pautsch & Sherman P.C. |
| STREET ADDRESS<br>10 West Market Street, Suite 1770 |
| CITY/STATE/ZIP<br>Indianapolis, IN 46204 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90785614 | TELEPHONE NUMBER<br>(317) 656-8800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐