**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph A. Barker

                              Plaintiff,

v.                                                     Case No.: 1:08−cv−02771
                                                          Honorable Joan B. Gottschall

Industrial Hard Chrome Ltd., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion hearing held on 5/29/2008 as to petitioner's motion for preliminary injunction. [5] Brief from NLRB and transcript are due 7/7/2008 :( Responses due by 8/6/2008; Replies due by 8/20/2008.)Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.