UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner,<br><br>v.<br><br>INDUSTRIAL HARD CHROME LTD., BAR TECHNOLOGIES LLC, FLUID POWER MANUFACTURING, A SINGLE EMPLOYER<br><br>Respondents. | )<br>)<br>) Case No. 08CV2771<br>)<br>) Judge Gottschall<br>) Magistrate Judge Valdez<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO WITHDRAW APPEARANCE**

Frederick D. Payne, counsel of record for Respondents, Industrial Hard Chrome, Bar Technologies LLC and Fluid Power Manufacturing, ("Respondents") hereby submits this Motion to Withdraw Appearance, and in support, states as follows:

1. The undersigned counsel now moves to withdraw his appearance on behalf of Respondents.

2. Christina Lopez-Nutzman remains as counsel of record for Industrial Hard Chrome, Bar Technologies LLC and Fluid Power Manufacturing.

3. Respondents will not be prejudiced by the withdrawal of the undersigned counsel.

WHEREFORE, Frederick D. Payne respectfully request this Court to enter an Order granting his Motion to Withdraw his appearance on behalf of Respondents,

Industrial Hard Chrome, Bar Technologies LLC and Fluid Power Manufacturing, and for all other relief that is just and proper in the premises.

    Respectfully Submitted,

    WESSELS & PAUTSCH, P.C

    /s/ Frederick D. Payne
    Frederick D. Payne

    WESSELS PAUTSCH & SHERMAN P.C.
    10 West Market Street, Suite 1770
    Indianapolis, Indiana 46204
    Telephone: (317) 656-8800
    Facsimile: (317) 656-8855

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion to Withdraw Appearance* has been served June 30, 2008, via the Court's electronic filing system, and/or First Class U. S. Mail, postage prepaid, upon:

| | |
|---|---|
| Elizabeth S. Cortez | Mr. Anthony Alfano, Esq. |
| Counsels for Petitioner | United Steelworkers of America |
| NLRB, Region 13 | 1301 Texas Street |
| 209 South Lasalle Street, Suite 900 | Room 200 |
| Chicago, Illinois | Gary, IN 46402 |

    /s/ Frederick D. Payne
    Frederick D. Payne

| | |
|---|---|
| Frederick D. Payne | Christina Lopez-Nutzman |
| WESSELS PAUTSCH & SHERMAN P.C. | WESSELS PAUTSCH & SHERMAN P.C. |
| 10 West Market Street, Suite 1770 | 2035 Foxfield Drive |
| Indianapolis, IN 46204 | St. Charles, Illinois 60174 |

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner,<br><br>v.<br><br>INDUSTRIAL HARD CHROME LTD., BAR TECHNOLOGIES LLC, FLUID POWER MANUFACTURING, A SINGLE EMPLOYER<br><br>Respondents. | Case No. 08CV2771<br><br>Judge Gottschall<br>Magistrate Judge Valdez |

**ORDER**

This matter is before the Court on counsel, Frederick D. Payne's, Motion to Withdraw as attorney of record for Respondents, Industrial Hard Chrome Ltd., Bar Technologies LLC and Fluid Power Manufacturing. The Court having reviewed said Motion, and being duly advised in the premises, now finds that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, by the Court that said Motion is hereby GRANTED.

Dated: _____          _____
                                                                Judge,

Copies to:   Frederick D. Payne
             Christina Lopez-Nutman
             Elizabeth S. Cortez
             Anthony Alfano