UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner,<br><br>v.<br><br>INDUSTRIAL HARD CHROME LTD., BAR TECHNOLOGIES LLC, FLUID POWER MANUFACTURING, A SINGLE EMPLOYER<br><br>Respondents. | Case No. 08CV2771<br><br>Judge Gottschall<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, July 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, Petitioner and Respondents will appear before the Honorable Joan B. Gottschall in her Courtroom, No. 2325, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **JOINT MOTION TO STAY PETITION FOR PRELIMINARY INJUNCTION UNDER SECTION 10(J) OF THE NATIONAL LABOR RELATIONS ACT**.

Respectfully Submitted,

/s/ Christina Lopez-Nutzman
Christina Lopez-Nutzman
Wessels Pautsch & Sherman P.C.
33 West Monroe Street, Suite 1120
Chicago, Illinois 60603
Counsel for Respondents

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner,<br><br>v.<br><br>INDUSTRIAL HARD CHROME LTD., BAR TECHNOLOGIES LLC, FLUID POWER MANUFACTURING, A SINGLE EMPLOYER<br><br>Respondents. | Case No. 08CV2771<br><br>Judge Gottschall<br>Magistrate Judge Valdez |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused to be served a true and correct copy of the **NOTICE OF MOTION** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following individual(s):.

>Elizabeth Cortez
>National Labor Relations Board
>209 S. LaSalle Street, Suite 900
>Chicago, Illinois 60604

>Anthony Alfano
>United Steel Workers of America
>1301 Texas Street, Room 200
>Gary, IN 46402