U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV2771 |
|---|---|

Joseph A. Barker, Regional Director of Region 13 of the
National Labor Relations Board
                                            v.
Industrial Hard Chrome Ltd., Bar Technologies LLC, Fluid
Power Manufacturing, a Single Employer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joseph A. Barker, Regional Director of Region 13 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board

| NAME (Type or print) |
|---|
| J. EDWARD CASTILLO, ESQ. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ J. Edward Castillo |
| FIRM |
| NATIONAL LABOR RELATIONS BOARD |
| STREET ADDRESS |
| 209 S. LASALLE STREET, SUITE 900 |
| CITY/STATE/ZIP |
| CHICAGO, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6236821 | (312) 353-9777 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |