# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2771 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Barker vs. Industrial Hard Chrome Ltd., et al | | |

**DOCKET ENTRY TEXT**

Joint motion by Plaintiff Joseph A. Barker, Defendants Industrial Hard Chrome Ltd., Bar Technologies LLC, Fluid Power Manufacturing, A Single Employer to Stay Petition for Preliminary Injunction Under Section 10(J) of the National Labor Relations Act [14] is granted. Status hearing is set for 1/7/09 at 9:30AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|